IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3157 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SHAWN CHRISTOPHER FREDE, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a document sent to me by Russell Grady. Mr. Grady wishes to assert his rights to two weapons that may be subject to forfeiture. Accordingly,

IT IS ORDERED that:

1. The Clerk of the Court is directed to file the attached document (including the envelope). It shall be treated by the Clerk as a "petition" pursuant to 21 U.S.C. § 853(n) (regarding criminal forfeitures and third-party interests).

2. The United States of America shall respond to the petition no later than the close of business on Friday, April 13, 2007. Once the United States has responded, my chambers shall call this matter to my attention and I will determine what next to do.

3. A copy of this memorandum and order and petition shall be provided by the Clerk to AUSA Nancy Svoboda. Copies shall also be provided to counsel of record.

4. The Clerk shall add Russell Grady, 1622 W. Rose St, Lincoln, NE, 68522 as an "interested person" (or such similar designation) and mail a filed copy of this memorandum and order and a filed copy of the above-referenced petition to Mr. Grady.

March 13, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge