IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3157 |
| | ) | |
| v. | ) | |
| | ) | |
| SHAWN FREDE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of the United States Pretrial Services Office,

IT IS ORDERED that the Petition for Action on Pretrial Release (filing 56) is dismissed and the warrant is withdrawn. The United States Marshal shall not execute the warrant.

May 23, 2007.                    BY THE COURT:

*s/ Richard G. Kopf*
United States District Judge